IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAKETA S. JOLLY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 26-1387 |
| | : | |
| ROBERT F. KENNEDY, JR., *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 5th day of March, 2026, upon consideration of Plaintiff Maketa S. Jolly's Motion to Proceed *In Forma Pauperis* and related Affidavit (ECF Nos. 1 & 2), and Jolly's Motion for Protective Order (ECF No. 4), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **DENIED** because, after a thorough review of the financial information in the Motion and Affidavit, the Court finds that Jolly is capable of paying the fees to commence this case.[1]

    2.    If Jolly seeks to proceed with this case, she shall remit $405 to the Clerk of Court within thirty (30) days of the date of this Order.

    3.    If Jolly fails to comply with this Order, her case may be dismissed without further notice for failure to prosecute.

---

[1] Having reviewed Jolly's financial circumstances as a whole, including her annual income of $72,000, the Court concludes that she can afford to pay the applicable fees. *See Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948); *see also Ginsberg v. Comm'r of Soc. Sec.*, No. 21-00207, 2021 WL 1428580, at *1 (E.D.N.Y. Apr. 15, 2021) (noting that if a litigant's access to the court is not blocked by his financial condition but, rather, he must weigh financial constraints, a court may deny his *in forma pauperis* application); *Alvarez v. Berryhill*, No. 18-2133, 2018 WL 6265021, at *1 (S.D. Cal. Oct. 1, 2018) (noting that courts often reject IFP applications when applicants "can pay the filing fee with acceptable sacrifice to other expenses"); *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984) (noting that courts should not grant IFP to an applicant who is "financially able, in whole or in material part, to pull his own oar").

      4.      The Motion for Protective Order is **DENIED WITHOUT PREJUDICE** at this time because this case is not yet in the discovery phase.

**BY THE COURT:**

/s/ John R. Padova
**JOHN R. PADOVA, J.**