## NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

**JOLLY, Plaintiff** v. **KENNEDY ET. AL**
Case No. 03:26 CV 00390 [OREGON]
CASE NO. 02:26 CV 01387 [PENNSYLVANIA]

### NOTICE OF APPEAL

Plaintiff hereby gives notice that an appeal has been filed with the **United States Court of Appeals for the Ninth Circuit** from the transfer order and all related rulings issued by this Court concerning the relocation of this matter from the United States District Court for the District of Oregon to the Eastern District of Pennsylvania. The challenged order constitutes a final and appealable determination regarding venue and jurisdiction, and Plaintiff seeks appellate review on the grounds that the transfer was improper, unauthorized under federal law, and issued in violation of Plaintiff's rights under the Administrative Procedure Act and the Privacy Act of 1974.

Because the propriety of the transfer itself is the subject of the appeal, jurisdiction over this matter now lies with the Ninth Circuit pending resolution of the appeal. Plaintiff respectfully submits this Notice to ensure the record reflects that appellate review is underway and that no further proceedings should occur in this District while the appeal is pending. Plaintiff seeks reinstatement of the action in the District of Oregon upon completion of appellate review.

Dated:    03/03/2026

Respectfully submitted,
**MAKETA S JOLLY** Plaintiff, Pro Se
MJOLLY@JOLLYEDUCATIONCONSULTANT.COM
[Phone]  484.442.0104



Maketa Jolly
King of Prussia, PA
19406

U.S.M.S.
X-RAY

United States District
Court
Eastern District of
Pennsylvania
Clerk of Court
James Byrne Courthouse
601 Market Street
Philadelphia, PA
19106

**RECEIVED**

MAR 06 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA